## In re AMERISURE INSURANCE COMPANY.

### No. 10–00–354–CV.

Court of Appeals of Texas,
Waco.

Nov. 1, 2000.

Tom L. Ragland, Ragland, Mangrum & Young, L.L.P., Waco, for appellee.

Before Chief Justice DAVIS, Justice VANCE, and Justice GRAY.

### OPINION

PER CURIAM.

Amerisure Insurance Company petitions this Court to issue a writ of mandamus against Respondent, the Honorable Ralph Strother, Judge of the 19th District Court of McLennan County. However, the man- damus record provided by Amerisure reflects that the Honorable Bill Logue presided over the hearing in which Amerisure sought to compel the real party in interest to submit to a medical examination under Rule of Civil Procedure 204. Judge Logue signed the order denying Amerisure's motion. Amerisure has failed to name the proper respondent. We deny the petition.[1] *See Jampole v. Touchy,* 673 S.W.2d 569, 572 (Tex.1984) (orig.proceeding); *Gaal v. Townsend,* 77 Tex. 464, 465, 14 S.W. 365, 365 (1890); *Pelt v. Johnson,* 818 S.W.2d 212, 215 (Tex.App.—Waco 1991, orig. proceeding); *City of Beaumont v. Stephenson,* 95 S.W.2d 1360, 1364–65 (Tex.Civ.App.—Beaumont 1936, writ dism'd); Tex.R.App.P. 52.2.

---

1. We express no opinion on the merits of the petition.